No. 9537. STATE ex rel. JACK N. WILLETT, Petitioner, v. DISTRICT COURT OF THE EIGHTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Gallatin, Respondent.

280 Pac. (2d) 1095.

Decided March 18, 1955.

H. B. Landoe, Joseph B. Gary, Bozeman, for petitioner.

Per Curiam.

It is ordered that after an ex parte hearing and the oral argument of Hjalmer B. Landoe, Esq., counsel for petitioner, and the Court having considered same and the brief filed, it is ordered that the petition and the writ be and they are denied and the proceeding is dismissed.

No. 9574. STATE OF MONTANA ex rel. JOHN PRESLEY CLAIR, Relator, v. DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT of the State of Montana, in and for the County of Lewis and Clark, and VICTOR H. FALL, as Judge of said Court, Respondents.

281 Pac. (2d) 1028.

Decided April 19, 1955.

Loble & Loble, Gene A. Picotte, Luxan & Scribner, Helena, for relator.

Per Curiam.

It is ordered that the writ be denied and the proceeding dismissed on authority of State ex rel. Bonners Ferry Lumber Co. v. District Court, 69 Mont. 436, 222 Pac. 1050, overruling State ex rel. Interstate Lumber Co. v. District Court, 54 Mont. 602, 172 Pac. 1030, relied upon by relators.